IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BAC HOME LOANS
SERVICING, et al.,

        Plaintiffs,

  vs.

SANTIAGO L. NAVARRO,

        Defendant.

No. CIV 2:10cv2735-GEB-JFM

ORDER

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On December 2, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 2, 2010 are adopted in full; and

        2. The motion to remand be granted;

        3. This action be remanded to the Sacramento County Superior Court for lack of jurisdiction.

Dated: December 23, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2